UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JERRY HART,   CIVIL NO. 07-1286 (MJD/JSM)

    Plaintiff,

v.   ORDER

Warden HOLINKA,
Dr. J. DEY,
L. BRANDT, and
Health Administrator ANDERSON,

    Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated June 5, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that the above matter is dismissed without prejudice.

Dated: July 5, 2007

                                          s/Michael J. Davis
                                          MICHAEL J. DAVIS
                                          United States District Judge